# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JAMIE B. WORTHY, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV410-106 |
| CONNIE MILES, *Director of Medical Department at Chatham County Sheriff's Complex*, | ) ) ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

In an order dated May 5, 2010, the Court granted plaintiff's motion to proceed in forma pauperis and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return those forms within 30 days would result in the dismissal of his case. (*Id.*) On May 21, 2010, plaintiff notified the Court of a change of address. (Doc. 4.) The Clerk forwarded the forms to his new address on May 24, 2010. More than a month has passed, but plaintiff

still has not returned the two forms. Because plaintiff has not complied with the conditions of the Court's order, this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 1st day of July, 2010.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA