FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 AUG 13 AM 10: 35
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JAMIE B. WORTHY, SR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV410-106 |
| CONNIE MILES, *Director of Medical Department at Chatham County Sheriff's Complex*, | ) |
| Defendant. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 13th day of August, 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA